1  PHILLIP A. TALBERT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-po-00172-KJN |
| Plaintiff, | STIPULATION AND ORDER TO SET ARRAIGNMENT AND CONTINUE BENCH TRIAL |
| v. | |
| RAHEEM DUSHAD LEE, | DATE: April 17, 2017 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Kendall J. Newman |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Bench Trial on April 17, 2017.

2. By this stipulation, the parties jointly request that the Court continue the Bench Trial to July 24, 2017, at 9:00 a.m.

3. The defendant has not yet been arraigned on the Information filed on March 30, 2017. Accordingly, the parties request that the Court set the matter for an arraignment immediately before the Bench Trial on July 24, 2017.

///

///

///

STIPULATION RE: CONT. BENCH TRIAL       1

IT IS SO STIPULATED.

Dated: April 14, 2017  PHILLIP A. TALBERT
United States Attorney

/s/ *Robert J. Artuz*
ROBERT J. ARTUZ
Special Assistant U. S. Attorney

Dated: April 14, 2017  /s/ *Linda C. Allison*
LINDA C. ALLISON
Counsel for Defendant
RAHEEM DUSHAD LEE

/s/ *Stephen M. Avis*
STEPHEN M. AVIS
Certified Law Student
Counsel for Defendant
RAHEEM DUSHAD LEE

(*Approved via email on 4/14/2017*)

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of April, 2017.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE